UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 5/2/07*

PEBBLE BEACH COMPANY

                 Plaintiff(s),

        v.

ZIMMER, INC.

                Defendant(s).
_____/

CASE NO. C-07-797-~~JW~~ RMW

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
  ✓    Private ADR *(please identify process and provider)*   JAMS Mediation

The parties agree to hold the ADR session by:
  ✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: April 27 2007

                                                      Attorney for Plaintiff

Dated: April 27 2007

                                                      Attorney for Defendant

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
  Non-binding Arbitration
  Early Neutral Evaluation (ENE)
  Mediation
✓ Private ADR

Deadline for ADR session
✓ 90 days from the date of this order.
  other

IT IS SO ORDERED.

Dated: 5/2/07

*Ronald M. Whyte*

UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

Karen Shichman Crawford (SBN 96993)
John P. Cooley (SBN 162955)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail:  kscrawford@duanemorris.com
         jpcooley@duanemorris.com
Attorneys for Defendant
Zimmer, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PEBBLE BEACH COMPANY, | Case No. C-07-00797-PVT |
| Plaintiff, | **DECLARATION OF SERVICE** |
| v. | |
| ZIMMER, INC. and DOES 1 to 100, inclusive, | |
| Defendants. | |

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is **101 West Broadway, Suite 900, San Diego, California.**

On **April 30, 2007**, in the manner specified on the mailing list, I served the documents described as:

▶ **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

on the interested parties in this action, as follows:

Jon R. Giffen
David W. Balch
Jeffrey I. Bedell
KENNEDY, ARCHER & HARRAY
24591 Silver Cloud Court, Suite 200
Monterey, CA  93940
(831) 373-7500
(831) 373-7555

DM1\749354.1

Declaration of Service, Case No. C07-797-PVT

1      ☐ **(BY HAND) [C.C.P. § 1011]** On **April 30, 2007** I delivered such envelope to the party listed above and left the envelope with the party, the receptionist or person in charge thereof between the hours of 9:00 a.m. and 5:00 p.m.

     ☐ **(BY MAIL) [C.C.P. § 1013(a)(3) Business Practice to Entrust Deposit to Others]** On **April 30, 2007** I placed such envelope for collection, deposit and mailing with the United States Postal Service following ordinary business practices at my place of business. I am readily familiar with the business practice of my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. I am aware that, on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

     ☐ **(BY FACSIMILE] [C.C.P. § 1013(e), (f)]** On **April 30, 2007** I caused a true copy of the document(s) to be transmitted via facsimile to a facsimile machine maintained by the person on whom the document(s) is served. Facsimile service has been agreed upon by the parties. I am aware that the service is complete at the time of transmission, but any period of notice shall be extended after service by facsimile transmission by two <u>court</u> days.

     ☐ **(BY FEDEX) [C.C.P. § 1013(c)]** On **April 30, 2007**, at **San Diego, California**, I deposited such envelope in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by this express service carrier to receive documents in an envelope or other package designated by this express service carrier, with delivery fees paid or provided for.

     ☒ **(BY ELECTRONIC SERVICE):** I attached a true and correct copy of the above-entitled document(s) to all counsel of record by electronic transfer pursuant to the Court's website.

     I certify that the above referenced documents filed with the Court in this matter were produced on paper purchased as recycled.

     I certify and declare under penalty of perjury under the laws of the State of California that the above is true and correct.

     Executed **April 30, 2007** at **San Diego, California**.

*Margaret E. Schulte*
Margaret E. Schulte

---

DM1\749354.1

2

Declaration of Service, Case No. C07-797-PVT