Karen Shichman Crawford (SBN 96993)
John P. Cooley (SBN 162955)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail: kscrawford@duanemorris.com
        jpcooley@duanemorris.com
Attorneys for Defendant
Zimmer, Inc.

*E-FILED - 7/12/07*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PEBBLE BEACH COMPANY, | Case No. C-07-00797 RMW/PVT |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| ZIMMER, INC. and DOES 1 to 100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their undersigned counsel, that the Complaint filed by Plaintiff Pebble Beach Company against Defendant Zimmer, Inc. and the Cross-Complaint by Defendant Zimmer, Inc. against Cross-Defendant Pebble Beach Company shall each be dismissed in their entirety with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Procedure, with each party to bear its own costs, expenses, and attorney fees.

Dated: ~~May __,~~ 2007
June 29,

DUANE MORRIS LLP

By: _____
Karen Shichman Crawford
John P. Cooley
Attorneys for Defendant
Zimmer, Inc.

1  Dated: _____, 2007

2

3                                    KENNEDY, ARCHER & HARRAY

4                                    By: _____
                                          Jon R. Giffen
5                                        Attorneys for Plaintiff
                                          Pebble Beach Company

6                                    **O R D E R**

7

8        IT IS ORDERED that the Complaint and the Cross-Complaint in the above-referenced matter

9  are each dismissed with prejudice, each party to bear its own costs, expenses, and attorney fees.

10

11

12 DATED: ____7/12/07____          _Ronald M. Whyte_____
                                    JUDGE, UNITED STATES DISTRICT COURT
13                                  NORTHERN DISTRICT OF CALIFORNIA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28